UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LONNIE J. LOUCKS,<br><br>                Petitioner,<br><br>    v.<br><br>D.W. NEVEN, et al.,<br><br>                Respondents. | Case No. 2:12-cv-00881-MMD-CWH<br><br>ORDER |

In this action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, petitioner moves the Court to permit him to amend his response to the pending motion to dismiss (dkt. no. 10). Because there is no prejudice to the respondents who have neither opposed the motion nor filed their reply, the motion shall be granted.

IT IS THEREFORE ORDERED that the motion for leave to amend the response to the motion to dismiss (dkt. no. 10) is GRANTED. The Clerk shall detach and file the amended response. Respondents shall have fifteen (15) days from entry of this Order to file their reply.

ENTERED THIS 6th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE